

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Tori Brooke Patrick,                     * From the 47th District Court
                                             of Randall County
                                               Trial Court No. 18834A.

Vs. No. 11-17-00075-CR                * April 19, 2018

The State of Texas,                     * Memorandum Opinion by Wright, S.C.J.
                                               (Panel consists of: Willson, J.,
                                               Bailey, J., and Wright, S.C.J.,
                                               sitting by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.